# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

KIMBERLY S. BYRD                                     PLAINTIFF

V.                                      CIVIL ACTION NO.: 3:18-cv-283-MPM-JMV

COMMISSIONER OF SOCIAL SECURITY                    DEFENDANT

## AMENDED ORDER GRANTING MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

Before this Court is plaintiff's unopposed Motion for Extension of Time to file requested briefing. The Court, being of the opinion that the motion for extension should be granted,

HEREBY ORDERS that the motion is granted, and the deadline for plaintiff to file the brief is extended to July 6, 2019.

So ORDERED this, the 10th day of June, 2019.

                                                         /s/ Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE