# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KIMBERLY S. BYRD,**        **Plaintiff,**

**v.**                       Civil No.: **3:18cv00283-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY,**          **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated July 2, 2019, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated July 2, 2019, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion to dismiss this case is granted pursuant to FED.R.CIV.P. 41(a)(2).

3. That this case is closed.

This, the 25th day of July, 2019.

/s/   Jane M. Virden
U. S. MAGISTRATE JUDGE